Matter of Mon El C. (Josephine C.) (2024 NY Slip Op 01807)

Matter of Mon El C. (Josephine C.)

2024 NY Slip Op 01807

Decided on April 3, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LARA J. GENOVESI
JANICE A. TAYLOR, JJ.

2022-09701
 (Docket No. N-10244-22/22B)

[*1]In the Matter of Mon El C. (Anonymous). Suffolk County Department of Social Services, petitioner-respondent; Josephine C. (Anonymous), appellant, et al., respondent.

Thomas J. Butler, Melville, NY, for appellant.
Christopher J. Clayton, County Attorney, Central Islip, NY (Karin A. Bohrer of counsel), for petitioner-respondent (no brief filed).
Alexandra M. Hennessy, Commack, NY, attorney for the child (no brief filed).

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Suffolk County (Matthew Hughes, J.), dated November 3, 2022. The order, after a hearing, denied the mother's application pursuant to Family Court Act § 1028 for the return of the subject child to her custody during the pendency of the proceeding. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which he moves for leave to withdraw as counsel for the appellant.
ORDERED that the order is affirmed, without costs or disbursements.
We are satisfied with the sufficiency of the brief filed by assigned counsel pursuant to Anders v California (386 US 738). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Sylvie A.S. [Cynthia F.W.], 209 AD3d 657).
DILLON, J.P., CHAMBERS, GENOVESI and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court